UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 0:06-mc-00042 MJD/SRN |
| UNITED PARCEL SERVICE, | ) ) | **MOTION TO ENFORCE** |
| Respondent. | ) ) | **SUBPOENA** |

The Equal Employment Opportunity Commission moves to enforce a subpoena <u>duces tecum</u>, pursuant to Section 107 of the Americans With Disabilities Act, 42 U.S.C. §12117, which incorporates by reference Section 710 of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-9 ("Title VII").  This motion is based on Section 710, the authorities set forth in the EEOC's Application for an Order to Show Cause, the accompanying documents, and all the files and proceedings herein.  The hearing on the motion shall be on June 30, 2006, at 2:30 in Courtroom 9E, U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN, 55415, before the Honorable Susan R. Nelson, Magistrate Judge for the United States District Court for the District of Minnesota, the EEOC will move

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

Dated: 05/24/2006

s/Laurie A. Vasichek

Laurie A. Vasichek (#0171438)
Senior Trial Attorney
Minneapolis Area Office
330 Second Avenue South, Suite 430
Minneapolis, MN 55401
(612) 335-4061